COMMONWEALTH of Pennsylvania, Respondent,

v.

Robert Odell DAVIS, Petitioner.

Supreme Court of Pennsylvania.

Oct. 24, 2007.

## ORDER

PER CURIAM.

AND NOW, this 24th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

Whether the offenses of rape and statutory sexual assault merge for sentencing purposes.